## IN RE ERNEST J. COCKAYNE'S APPEAL FROM PROBATE

The petitioner Ernest J. Cockayne's petition for certification for appeal from the Appellate Court, 56 Conn. App. 913 (AC 19184), is denied.

*Alfred F. Morrocco, Jr.*, in support of the petition.

Decided May 4, 2000

## RONEY HARRIS *v.* UNITED TECHNOLOGIES CORPORATION/PRATT AND WHITNEY AIRCRAFT DIVISION ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 56 Conn. App. 912 (AC 19399), is denied.

*Roney Harris*, pro se, in support of the petition.

*Jason M. Dodge*, in opposition.

Decided May 4, 2000